1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO J. HERNANDEZ,

Petitioner,

v.

WILLIAM L. MUNIZ, Warden,

Respondent.

Case No. 16-02521 BLF (PR)

**JUDGMENT**

For the reasons stated in the order denying the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED**.

Dated: April 25, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.16\02521Hernandez_judgment